MANN (WOOD v.). See Cases Nos. 17,951, 17,952, 17,953, and 17,954.

## Case No. 9,037.

### MANNERING v. HOON.

[Nowhere reported; opinion not now accessible.]